

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| WILLIAM EGGEMEYER, DIANE EGGEMEYER, BO EGGEMEYER, AND SHARYLAND DISTRIBUTION & TRANSMISSION SERVICES, LLC, | § | No. 08-19-00002-CV |
| | § | Appeal from the |
| | § | 112th District Court |
| Appellants, | § | of Reagan County, Texas |
| v. | § | (TC# 1855) |
| CHARLES JACKSON HUGHES, | § | |
| Appellee. | § | |
| | § | |

## O R D E R

The Court GRANTS the Parties' Motion to Reestablish the Appellate Timetable.

Therefore, the Court ORDERS this appeal to continue, the appellate timetable suspension is lifted and the Record shall be filed in this Court on or before April 28, 2019.

IT IS SO ORDERED this 29th day of March, 2019.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.